## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SHELAGH A. SANTOS,** <br> **on behalf of herself and all others** <br> **similarly situated,** <br> **Plaintiff** <br> <br> v. <br> <br> **GOLD & VANARIA, P.C. and** <br> **SEYMORE-JAMES, LLC.,** <br> <br> **Defendant** | Civil Action No.  09-11981-EFH |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff hereby dismisses this action with prejudice.

                Plaintiff, by:

                */s/Kenneth D. Quat* <br>
                BBO #408640 <br>
                QUAT LAW OFFICES <br>
                678 Massachusetts Avenue, Suite 702 <br>
                Cambridge MA 02139 <br>
                617-492-0522 <br>
                kquat@quatlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 20, 2010, I caused copies of the foregoing document to be served by electronic mail through the Court's ECF system on all registered participants, and by first class mail, postage prepaid, to all non-registered participants.

                */s/Kenneth D. Quat*